No. 07-14-00360-CR

| | | |
|---|---|---|
| Shelly Blair<br>　Appellant | § | From the 364th District Court<br>　of Lubbock County |
| | § | |
| v. | | January 31, 2017 |
| | § | |
| The State of Texas<br>　Appellee | § | Opinion by Justice Pirtle |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated January 31, 2017, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o